UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff

Case No.:2:11-CV-12733

v.

Hon. Robert H. Cleland

TYRONE CURRIE,

   Defendant.

_____/

| | |
|---|---|
| GOODMAN & POESZAT, PLLC | TYRONE CURRIE |
| Robert J. Goodman (P55670) | In Pro Per Defendant |
| Jeffrey G. Poeszat (P51370) | 7560 Dover Drive |
| Timothy J. Frost (P40616) | Ypsilanti, MI  48197 |
| Attorneys for Plaintiff | |
| 20300 W. 12 Mile Rd, Suite 201 | |
| Southfield, MI  48076 | |
| 248 750 0500 | |

_____/

## ORDER OF DISMISSAL

At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan on     3/12/2012

PRESENT:  HON.     ROBERT H. CLELAND
                              DISTRICT COURT JUDGE

     **THIS MATTER HAVING COME** before the Court upon the stipulation of the parties, and the Court otherwise being fully advised in the premises:

     **IT IS HEREBY ORDERED** that the case is dismissed with prejudice and without costs to either party.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 12, 2012, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522